UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61962-CIV-CANNON

**JAVIER PEREZ,** *individually and on behalf of all others similarly situated,*

    Plaintiff,

v.

**REDBOX ENTERTAINMENT, INC.,**

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 13], filed on February 27, 2024. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective February 27, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 13].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of February 2024.

                                               **AILEEN M. CANNON**
                                               **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record